ORDER OF MULTIDISTRICT LITIGATION PANEL

 Order Pronounced June 19, 2006

 THE MOTION IN THE FOLLOWING MULTIDISTRICT LITIGATION CASE IS DISMISSED FOR
 WANT OF JURISDICTION:

04-0606 IN RE SILICA PRODUCTS LIABILITY LITIGATION
 GlobalSantaFe's motion for reconsideration of remand order
 dismissed for want of jurisdiction

 Justice Smith delivered the opinion of the Multidistrict Litigation Panel,
 joined by Justice Peeples, Justice Lang, Justice Hanks, Judge Ables

 (Justice Castillo not sitting)